| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF FLORENCE | CIVIL ACTION NO: 2025-CP-21-01615 |
| Benjamin Moore, | |
| Plaintiff, | |
| v. | **PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION** |
| Jose Gabriel Doreste Baena and US Mega Transport, Inc., | |
| Defendants. | |

Plaintiff responds to Defendants' first Request for Admission as follows:

1. Admit that Plaintiff's civil damages arising from the incident, which is the basis of the above captioned matter, including, but not limited to actual damages and punitive damages do not exceed Seventy-Five Thousand and no/100 ($75,000.00) Dollars, exclusive of interest and cost.

**ANSWER: Plaintiff's known medical bills total $5,308.47 as of the time of this response, although other bills may be outstanding. Plaintiff is continuing to incur damages. Thus, Plaintiff's damages may exceed $75,000 at some point in the future, and Plaintiff is unable to admit or deny this request.**

2. Admit that the Plaintiff will not, at any time, attempt to amend his Complaint to seek any amount of damages, including, but not limited to, actual damages and punitive damages in excess of Seventy-Five Thousand and no/100 ($75,000.00) Dollars, exclusive of interest and costs.

**ANSWER: Plaintiff is unable at this time to determine his total damages, and thus denies this request.**

3. Admit that if a verdict or judgment is entered in excess of the sum or value of Seventy-Five Thousand and no/100 ($75,000.00) Dollars, the Plaintiff will not attempt to recover any amount of damages, including, but limited to actual and punitive damages in excess of Seventy-Five Thousand and no/100 ($75,000.00) Dollars, exclusive of interest and costs, from the Defendants herein.

1

**ANSWER: Plaintiff is unable at this time to determine his total damages, and thus denies this request.**

4. Admit that the Plaintiff will agree to a remittitur of the verdict to the amount of Seventy-Five Thousand and no/100 ($75,000.00) Dollars in the event any jury verdict in the above captioned matter is in excess of Seventy-Five Thousand and no/100 ($75,000.00) Dollars.

**ANSWER: Plaintiff is unable at this time to determine his total damages, and thus denies this request.**

|  |  |
|---|---|
|  | **MORGAN & MORGAN, P.A.** |
|  | By:     /s/Jonathan Graham |
|  | Jonathan D. Graham |
|  | State Bar No. 105763 |
|  | Federal Bar No. 13969 |
|  | E-Mail: jgraham@forthepeople.com |
|  | 4401 Belle Oaks Drive, Suite 300, |
| Charleston, SC | North Charleston, SC 29405 |
|  | (843) 947-6063 |
| January 21, 2026 | *Counsel for Plaintiff* |

2

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF FLORENCE<br><br>Benjamin Moore,<br><br>                                        Plaintiff,<br><br>v.<br><br>Jose Gabriel Doreste Baena and US Mega Transport, Inc.,<br><br>                                        Defendants. | IN THE COURT OF COMMON PLEAS<br><br>Civil Action No.: 2025-CP-21-01615<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I am an employee of Morgan & Morgan, P.A., that I am over 18 years of age, and that on January 21, 2026, I served a copy of Plaintiff's Responses to Defendants' First Set of Requests for Admission by email to the following counsel of record in this case. A physical copy can be mailed upon request.

    Attorney Name: John M. Grantland, Esq.
    Email: jgrantland@murphygrandland.com
    Mailing Address: P.O. Box 6648, Columbia, SC 29260


    /s/Brandi L. Rhoads
    _____

    Brandi L. Rhoads
    Paralegal to Jonathan Graham, Esq.

3