UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER:

| | |
|---|---|
| Benjamin Moore,<br><br>      Plaintiff,<br><br>v.<br><br>Jose Gabriel Doreste Baena and US Mega Transport, Inc.,<br><br>      Defendants. | **CERTIFICATE OF SERVICE** |

    I, the undersigned employee of the law offices of Murphy & Grantland, P.A., attorneys for Defendants, do hereby certify that I have served a copy of the foregoing, **Notice of Removal, Defendant Jose Gabriel Doreste Baena's Answers to Local Rule 26.03 Interrogatories**, and **Defendant US Mega Transport, Inc.'s Answers to Local Rule 26.03 Interrogatories**, in connection with the above-referenced case by mailing a copy of the same by United States Mail, postage prepaid, to the following address:

Jonathan D. Graham, Esquire
Morgan & Morgan, P.A.
4401 Belle Oaks Drive
Suite 300
North Charleston, SC 29405

                                                     Respectfully submitted,

                                                     **MURPHY & GRANTLAND, P.A.**

                                                     *s/J. Thomas McBratney, III*
                                                     J. Thomas McBratney, III, Esq.
                                                     Federal ID: 10517
                                                     John M. Grantland, Esquire

1

                                Federal ID: 6462
                                P.O. Box 6648
                                Columbia, SC 29260
                                Phone: 803-782-4140
                                Fax: 803-782-4140
                                jgrantland@murphygrantland.com
                                tmcbratney@murphygrantland.com

                                *Attorneys for Defendants*

Columbia, South Carolina
February 3, 2026