UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER: 4:26-cv-00394-JD

| | |
|---|---|
| Benjamin Moore,<br><br>   Plaintiff,<br><br>v.<br><br>Jose Gabriel Doreste Baena and US Mega Transport, Inc.,<br><br>   Defendants. | **CONSENT MOTION TO REMAND** |

  Defendants Jose Gabriel Doreste Baena, US Mega Transport, Inc., and Plaintiff Benjamin Moore hereby submit this Consent Motion to Remand pursuant to 28 U.S.C. § 1447(c).

  This district court lacks subject matter jurisdiction over this matter in that Plaintiff Moore and Defendant Baena are both citizens and residents of the state of Florida. Accordingly, diversity of citizenship does not exist under 28 U.S.C. § 1332(a)(1) and this matter should be remanded to the Court of Common Pleas for Florence County, South Carolina.

WE SO MOVE AND CONSENT:

**MURPHY & GRANTLAND, P.A.**

*s/J. Thomas McBratney, III*
J. Thomas McBratney, III, Esq.
Federal ID: 10517
John M. Grantland, Esquire
Federal ID: 6462
P.O. Box 6648
Columbia, SC 29260
Phone: 803-782-4140
Fax: 803-782-4140

jgrantland@murphygrantland.com
tmcbratney@murphygrantland.com

*Attorneys for Defendants*

Columbia, South Carolina
February 16, 2026

**MORGAN & MORGAN, P.A.**

s/Jonathan D. Graham
Jonathan D. Graham, Esq.
Bar No. 105763
4401 Belle Oaks Drive, Suite 300
Charleston, SC
(843) 947-6063
jgraham@forthepeople.com

*Attorney for Plaintiff*

Charleston, South Carolina
February 16, 2026