| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | dpoulos@florenceco.org |
| **Subject:** | Relayed: *REPLY REQUIRED* 4:26-cv-00394-JD / Moore v. Doreste Baena et al |
| **Date:** | Thursday, February 26, 2026 1:40:04 PM |
| **Attachments:** | REPLY REQUIRED 426-cv-00394-JD Moore v. Doreste Baena et al.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
dpoulos@florenceco.org (dpoulos@florenceco.org) <mailto:dpoulos@florenceco.org>
Subject: *REPLY REQUIRED* 4:26-cv-00394-JD / Moore v. Doreste Baena et al